IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06- 109 |
| ERIC BLACKMON, | : |
| Defendant. | : |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

From on or about September 12, 2005, and continuing up to on or about March 8, 2006, in the District of Delaware, and elsewhere, including Pennsylvania and California, ERIC BLACKMON, defendant herein, did knowingly conspire, with other indicted and unindicted co-conspirators known and unknown to the grand jury, to knowingly distribute, and possess with intent to distribute, more than five kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), all in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

### COUNT II

On or about March 8, 2006, in the Eastern District of Pennsylvania and elsewhere, including California, ERIC BLACKMON, defendant herein, did knowingly distribute more than five kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2.



FILED
OCT 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COUNT III

On or about September 1, 2006, in the Eastern District of Pennsylvania and elsewhere, including California, ERIC BLACKMON, defendant herein, did knowingly distribute more than five hundred grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2.

## COUNT IV

On or about August 29, 2006, in the Northern District of California, and elsewhere, ERIC BLACKMON, defendant herein, with the intent to promote the carrying on of specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce involving property represented by a person acting at the direction of a Federal official authorized to investigate or prosecute violations of section 1956, title 18, United States Code, to be proceeds of specified unlawful activity and property used to conduct or facilitate specified unlawful activity, to wit: 21 U.S.C. § 841 (distribution of cocaine), in violation of 18 U.S.C. §§ 1956(a)(3)(A) and 2.

## COUNT V

On or about August 22, 2006, in the District of Delaware, and elsewhere, ERIC BLACKMON, defendant herein, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating the offense set forth in Count III of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843 (b).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the controlled substance offenses alleged in Counts I,

States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Richard G. Andrews
Douglas E. McCann
Assistant United States Attorneys

Dated: October 3, 2006