UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ERIC BLACKMON<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. CR06-109-UNA<br>)<br>)<br>)<br>)<br>) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on March 6, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until May 11, 2007. The time between the date of this order and May 11, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                            Honorable Mary Pat Thynge
                                                           U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney


FILED
MAR 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE