IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-109 JJF |
| ERIC BLACKMON, | : | |
| Defendant. | : | |

### ORDER

WHEREAS, the Court received a Memorandum Of Plea Agreement in the above-captioned case (D.I. 12);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Wednesday, June 6, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and June 6, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 22 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE