IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-109 JJF |
| ERIC BLACKMON, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Counts One and Four of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Tuesday, September 11, 2007, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 26, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE


FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE