AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

ERIC BLACKMON

~~Sealed~~ UNSEALED 3/1/07

**WARRANT FOR ARREST**

Case Number: CR 06-109-~~UNA~~ JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **ERIC BLACKMON**
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO DISTRIBUTE COCAINE;
DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE;
DISTRIBUTION OF FIVE HUNDRED GRAMS OF COCAINE;
MONEY LAUNDERING;
USE OF A TELEPHONE TO FACILITATE DRUG ACTIVITY

in violation of Title    21    United States Code, Section(s)    846 AND 18:2

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

By: [signature] Vincent J. Selvey, Clerk
Signature of Issuing Officer

10/4/2006 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm. DE

DATE RECEIVED: 10-4-06

DATE OF ARREST: 2-28-07

NAME AND TITLE OF ARRESTING OFFICER: William David Dosin

SIGNATURE OF ARRESTING OFFICER: [signature]