IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-109 JJF |
| ERIC BLACKMON, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to continue the sentencing in this matter for about thirty days. The grounds for this Motion are as follows:

1. Sentencing in this case is presently scheduled for September 11, 2007.

2. The government today received the defendant's objections to the pre-sentence report. The defendant objects to, among other things, the finding in the pre-sentence report that the defendant distributed about one hundred and forty eight kilograms of cocaine, and laundered about $2.25 million.

3. The government will need to present witness testimony and other evidence in support of its position that the pre-sentence report accurately characterizes the defendant's conduct. The government will not be prepared to present that evidence at the presently scheduled sentencing, which is less than a week away.

4. The government has consulted on this matter with counsel for the defendant, who indicated that he does not oppose this motion.

WHEREFORE, the United States respectfully requests that the Court continue sentencing

in this action for about thirty (30) days. The government will consult with defense counsel as to how long the parties believe the proceeding will take and will advise the Court as to their respective positions as soon as possible. A proposed form of order is attached.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                              By: /s/ Douglas E. McCann
                                        Douglas E. McCann
                                        Assistant United States Attorney
                                        1007 Orange Street
                                        Suite 700
                                        P.O. Box 2046
                                        Wilmington, Delaware  19899-2046
                                        (302) 573-6277

DATED: September 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-109 JJF |
| | : | |
| ERIC BLACKMON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, sentencing in this matter is scheduled for September 11, 2007;

WHEREAS, the United States filed a Motion to Continue Sentencing for thirty days;

WHEREAS, counsel for the defendant has indicated he does not oppose this request;

NOW THEREFORE, IT IS HEREBY ORDERED this _____ day of _____, 2007, that the sentencing in this action is continued until _____ at _____ __.m., in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

 

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE