IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-109 JJF |
| ERIC BLACKMON, | : | |
| Defendant. | : | |

### ORDER

WHEREAS, sentencing in this matter is scheduled for September 11, 2007;

WHEREAS, the United States filed a Motion to Continue Sentencing for thirty days;

WHEREAS, counsel for the defendant has indicated he does not oppose this request;

NOW THEREFORE, IT IS HEREBY ORDERED this __10__ day of __SEPTEMBER__, 2007, that the sentencing in this action is continued until __TBD__ at ____ __.m., in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Joseph J. Farnan
　　　　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPH J. FARNAN, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE