IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-109 JJF |
| ERIC BLACKMON, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court granted the Unopposed Motion to Continue Sentencing (D.I. 19);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Monday, October 15, 2007, at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 26, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE