IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-109-JJF |
| | ) | |
| ERIC BLACKMON, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss Counts II, III and V of the Indictment.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney


    By: /s/ Douglas E. McCann
    Douglas E. McCann
    Assistant United States Attorney
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046
    (302) 573-6277

DATED:   October 15, 2007


IT IS SO ORDERED this ____ day of October, 2007

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE