IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-109-JJF |
| ) | |
| ERIC BLACKMON, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss Counts II, III and V of the Indictment.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

DATED:    October 15, 2007

IT IS SO ORDERED this 15 day of October, 2007

HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE



FILED

OCT 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE