AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **Delaware**

**USA**

v.

**Eric Blackmon**

**EXHIBIT AND WITNESS LIST**

Case Number: **06 CR 109 JJF**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Doug McCann | Edson Bostic |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| trg 10/15/07 | Len Dibbs | Debbie Krett |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 10/15/07 | | | Special Agent Duffy (DEA) sworn |
| | ex 1 | | ✓ | 10/15/07 | 16 handwritten fedex shipping air bills |
| | ex 2 | | ✓ | | 10 " " " " " |
| | ex 3 | | ✓ | | 13 " " " " " |
| | ex 4 | | ✓ | | 23 " " " " " |
| | ex 4 | | ✓ | — | Grand jury testimony of Duffy |
| | ex 1 | | ✓ | — | list of air bill information |
| | ex 5 | | ✓ | — | notes from investigation of 7/10/06 |
| | ex 6 | | ✓ | — | notes of interview of B. Torrence of June 2006 |
| | ex 1A | | | 10/15/07 | AirBill dated Aug. 15, 2005 sender Richard Matthews |
| W2 | | | | | Shawn Williams sworn (conspirator) |
| | ex 10 | | ✓ | — | Indictment of Torrence + Williams + Plea Agreement |
| W3 | | ✓ | | | Bradley Torrence sworn (conspirator) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

FILED
OCT 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Page 1 of __1__ Pages