IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC BLACKMON, )<br>)<br>Defendant. ) | Criminal Action No. 06-109-JJF |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Douglas E. McCann, Assistant U.S. Attorney, as attorney of record for the United States and enter the appearance of Ilana H. Eisenstein, Assistant U.S. Attorney, in the above-captioned case.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

          BY: _____
          Ilana H. Eisenstein
          Assistant United States Attorney

Dated: April 18, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-109-JJF |
| | ) | |
| **ERIC BLACKMON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 18rd day of April, 2008, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

/s/Brandi C. Everett
Brandi C. Everett
Legal Assistant